

# U.S. District Court

## Florida Southern - Miami

Receipt Date: May 4, 2023 4:24PM

FRANK POLO

Rcpt. No: 268964　　　　　　　　　　Trans. Date: May 4, 2023 4:24PM　　　　　　　　　　Cashier ID: #VT

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | DFLS123CV021684<br>**FBO**: Frank Polo, SR | 1 | 402.00 | 402.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $402.00 |

|  |  |
|--|--|
| Total Due Prior to Payment: | $402.00 |
| Total Tendered: | $402.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.