Attn: Honorable Judge Robert N. Scola, Jr.
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Ave.
Room 12-3
Miami, Florida 33128
Thursday, September 28, 2023
Case No.: 1:23-CV-21684
Via: Certified USPS Mail

```
FILED BY____MC____D.C.

     OCT 0 2 2023

   ANGELA E. NOBLE
  CLERK U.S. DIST. CT.
  S. D. OF FLA. - MIAMI
```

Honorable Judge Robert N. Scola, Jr.:

I sent an email to your Honor on September 11, 2023 in an effort to draw your attention to the fact that the abovementioned case is pending reopening after you ordered the case to be administratively closed pending the filing of my second amended Complaint on or before August 21, 2023. I did comply with the order and on August 21, 2023, I filed my timely second amended complaint. However, over a month later the case remains closed, and there are pending motions to be adjudicated by this honorable court.

On September 30, 2023, I filed a motion to reopen the case, and I didn't see any movement in the case after the motion was filed.

I am in urgent need of filing a petition for preliminary injunctive relief against the Fla. 3d DCA which continues to ignore the rule of law and will soon adjudicate attorney's fees not supported by law or fact intentionally disregarding the rule of law, as it has repeatedly done in the last few years in retaliation for my written and verbal exercise of First Amendment right.

Consequently, I have decided to bother you one last time to humbly ask Your Honor to reopen the case as soon as possible to provide me with access to the court to obtain redress for all the harm my children and I have suffered. I am not asking for much, I am just asking for a fair opportunity to be heard, and for a fair adjudicator for all parties involved in this case, which I think you are very capable of providing.

Waiting for Your Honor's prompt attention to this matter.

Respectfully submitted,

*[signature]*

Frank Polo, Sr.
1475 SW 8th St. Apt. 411
Miami, FL. 33135

Cc: Honorable Judge Jonathan Goodman
James Lawrence King Federal Justice Building
99 N.E. Fourth Street
Room 1168
Miami, Florida 33132

Note: This letter and any letter/email sent to the court will be provided to the other side as soon as they are served with the summons and complaint, and they provide their contact information.

Frank Polo
1475 S.W. 8th St. Apt: 411
Miami, FL. 33135

9589 0710 5270 1055 1714 21





Retail

33128

RDC 99

U.S. POSTAGE PA
FCM LETTER
DORAL, FL 33172
SEP 29, 2023

**$5.01**

R2305M143933-10

Attn: Honorable Judge Robert N. Scola, Jr.
Wilkie D. Ferguson, Jr.
United States Courthouse
400 North Miami Ave.
Room 12-3
Miami, Florida 33128

33128-161048

**USMS INSPECTED**     **RECEIVED**     OCT 02 2023 1:28 PM