United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Frank Polo, Sr., Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 23-21684-Civ-Scola |
| Scott Marcus Bernstein, in both his ) | |
| individual and official capacities, ) | |
| and others, Defendants. ) | |

## Judgment in a Civil Action

The Court has dismissed this case. (Order, ECF No. 55.) The Court now enters judgment in favor of the Defendants, and against the Plaintiff, as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case.

**Done and ordered** at Miami, Florida on July 23, 2024.

_____
Robert N. Scola, Jr.
United States District Judge