UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
(Miami Civil Division)

FRANK POLO, et al.
    Plaintiffs,

v.   CASE NO: 23-CV- 21684 /

BERNSTEIN, et al.

    Defendants,
_____/

FILED BY _____ D.C.
AUG 21 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE TO THE CLERK OF ERROR IN FILLING ECF No. 61.

1. The Plaintiff, Frank Polo, respectfully gives notice to the Clerk of Court that ECF No. 61 was erroneously filed. That document was part of the *MOTION to Join Parties Under Fed. R. Civ. P. 20(a) and to Amend Under Fed. R. Civ. P. 15(a)(2)* (Filed as ECF No. 58), as a courtesy copy of the proposed Amended Complaint MR. POLO is asking the court to entertain, as Stated on top of the document.

2. Please, correct and attach the ECF No. 61 to ECF No. 58 as a Courtesy Copy.

Respectfully submitted,

By: _____
PLAINTIFF
Frank Polo
1475 SW 8th St. Apt. 411
Miami, FL. 33135
Phone: 305-901-3360
E-Mail: Frank.Polo@msn.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2024, a true and correct copy of the foregoing was filed with the Clerk of the Court who will use the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the Service List below.

Roberto J. Diaz
rjd@jpfitzlaw.com
J. Patrick Fitzgerald & Assoc., P.A.
110 Merrick Way, Suite 3-B
Coral Gables, FL 33134
Counsel for St. Thomas University

Jennifer Rebeca Perez Alonso
jalonso@beasleydemos.com
Stephanie Elaine Demos
sdemos@beasleydemos.com
Joseph W. Beasley
jbeasley@beasleydemos.com
Beasley, Demos & Brown, LLC
201 Alhambra Circle
Suite 501
Coral Gables, Florida 33134
Counsels for Defendants Manuel Segarra,
and Segarra & Associates, P.A.

By: _____
PLAINTIFF
Frank Polo
1475 SW 8th St. Apt. 411
Miami, FL. 33135
Phone: 305-901-3360
E-Mail: Frank.Polo@msn.com

Kathryn Brucia
kathryn.brucia@myfloridalegal.com
Martha Hurtado
Martha.Hurtado@myfloridalegal.com
Martine Legagneur
Office of the Attorney General
110 SE 6th St Ste 1200
Fort Lauderdale, FL 33301-5031
martine.legagneur@myfloridalegal.com
Counsels for Scott Bernstein, Marcia Del Rey,
Spencer Multack, and Thomas Logue