# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED BY __MC__ D.C.

JAN 08 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

FRANK E. POLO, SR. )
      Plaintiff, )
v. )
     )
BERNSTEIN, et al. )  APPELLATE CASE NO.: __25-10016-B__ /
     )
      Defendants, )  DIST. CASE NO: __23-CV- 21684__ /
_____/ )

## DESIGNATION OF RECORD ON APPEAL

**COMES NOW**, the Plaintiffs, **FRANK POLO**, pursuant to the Fed. R. App. P. 10 and the Local Rules of the United States Court of Appeals for the Eleventh Circuit, hereby designates the following documents and portions of the record to be included in the record on appeal in this matter:

| Docket No. | Filing Date | Name |
|---|---|---|
| 2 | May 4, 2023 | COMPLAINT against All Defendants. Filing fees $ 402.00 |
| 6 | May 8, 2023 | ORDER STRIKING 2 Complaint |
| 9 | May 23, 2023 | Amended Complaint/Amended Notice of Removal |
| 10 | Jun 8, 2023 | SECOND ORDER STRIKING 9 Amended Complaint. |
| 11 | June 20, 2023 | MOTION for Leave to Proceed in forma pauperis by Frank Polo, Sr. |
| 12 | June 20, 2023 | MOTION for Appointment of Special Process Server by Frank Polo, Sr. |
| 15 | June 21, 2023 | Order Closing the Case |
| 18 | August 22, 2023 | Amended Complaint. |
| 19 | August 30, 2023 | Appointment of Special Process Server |
| 20 | August 30, 2023 | Proceed In Forma Pauperis |
| 21 | September 18, 2023 | Reopen Case. |
| 25 | October 24, 2023 | Amended Complaint/Amended Notice of Removal. |
| 26 | November 9, 2023 | OMNIBUS ORDER: DISMISSING CASE WITHOUT PREJUDICE BUT WITHOUT FURTHER LEAVE TO AMEND. |
| 27 | December 8, 2023 | Alter Judgment. |
| 29 | February 27, 2024 | ORDER granting 27 Motion for Reconsideration. |
| 34 | April 29, 2024 | Amended Complaint |
| 38 | May 8, 2024 | Amended Complaint to add a header. |

Page **1** of **3**

| 39 | May 9, 2024 | Appointment of Special Process Server. |
|---|---|---|
| 41 | May 24, 2024 | Disqualify Judge AND Miscellaneous Relief |
| 54 | July 22, 2024 | ORDER DENYING 41 MOTION TO RECUSE |
| 55 | July 22, 2024 | SECOND OMNIBUS ORDER; DISMISSING CASE; AND CLOSING CASE. |
| 56 | July 23, 2024 | JUDGMENT in favor of DEFENDANTS against PLAINTIFF, Frank E. Polo, Sr. |
| 57 | August 19, 2024 | MOTION to Amend 54 Order on Motion to Recuse by Frank E. Polo, Sr. |
| 59 | August 19, 2024 | MEMORANDUM of Law in Support of the Motion to Alter or Amend the Judgment ECF No. 55. |
| 62 | August 21, 2024 | AMENDED MOTION to Alter or Amend 56 Judgment and 55 |
| 64 | September 3, 2024 | RESPONSE to Motion re 62 MOTION to Amend/Correct 56 Judgment, 55. |
| 65 | September 4, 2024 | RESPONSE in Opposition re 62 MOTION to Amend/Correct 56 Judgment, 55 |
| 66 | September 10, 2024 | Reply to Response to Motion |
| 67 | September 10, 2024 | Response to Motion |
| 68 | September 17, 2024 | Reply to Response to Motion. |
| 69 | November 19, 2024 | Reassign Case |
| 71 | November 27, 2024 | Disqualify Judge |
| 72 | December 4, 2024 | THIRD OMNIBUS ORDER: DENYING 57 MOTION to Amend/Correct; DENYING 58 MOTION to Adopt/Join; DENYING 62 MOTION to Amend/Correct; DENYING 69 MOTION to Reassign Case; AND DENYING 71 MOTION to Disqualify Judge. |

1. **WHEREFORE**, the Plaintiff/Appellant respectfully requests that the Clerk of the United States District Court for the Southern District of Florida transmit the designated record on appeal to the United States Court of Appeals for the Eleventh Circuit in accordance with the applicable rules.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2025, a true and correct copy of the foregoing was filed/mailed with/to the Clerk of the Court who will use the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the Service List below.

| | |
|---|---|
| Roberto J. Diaz<br>rjd@jpfitzlaw.com<br>J. Patrick Fitzgerald & Assoc., P.A.<br>110 Merrick Way, Suite 3-B<br>Coral Gables, FL 33134<br>Counsel for St. Thomas University<br><br>Jennifer Rebeca Perez Alonso<br>jalonso@beasleydemos.com<br>Stephanie Elaine Demos<br>sdemos@beasleydemos.com<br>Joseph W. Beasley<br>jbeasley@beasleydemos.com<br>Beasley, Demos & Brown, LLC<br>201 Alhambra Circle<br>Suite 501<br>Coral Gables, Florida 33134<br>Counsels for Defendants Manuel Segarra, and Segarra & Associates, P.A. | By: /s/ *signature*<br>PLAINTIFF<br>Frank Polo<br>1475 SW 8th St. Apt. 411<br>Miami, FL. 33135<br>Phone: 305-901-3360<br>E-Mail: Frank.Polo@msn.com<br><br>Kathryn Brucia<br>kathryn.brucia@myfloridalegal.com<br>Martha Hurtado<br>Martha.Hurtado@myfloridalegal.com<br>Martine Legagneur<br>Office of the Attorney General<br>110 SE 6th St Ste 1200<br>Fort Lauderdale, FL 33301-5031<br>martine.legagneur@myfloridalegal.com<br>Counsels for Scott Bernstein, Marcia Del Rey, Spencer Multack, and Thomas Logue |